JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 520 -- **In re Metro Shippers, Inc. Antitrust Litigation**

| Date | Ref. | Pleading Description |
|---|---|---|
| 82/08/16 | 1 | MOTION, BRIEF, SCHEDULE, AFFIDAVIT, EXHIBITS A - C, and CERTIFICATE OF SERVICE -- Metro Shippers, Inc. SUGGESTED TRANSFEREE DISTRICT: D. New Jersey  SUGGESTED TRANSFEREE JUDGE: Hon. H. Lee Sarokin   (cds) |
| 82/08/24 | 2 | REQUEST FOR EXTENSION OF TIME -- majority of defendants (represented by Rogers & Wells) -- GRANTED to and including Sept. 7, 1982  (emh) |
| 82/08/25 |  | HEARING ORDER -- Setting motion for transfer of A-1 thru A-4 for Panel hearing in Oklahoma City, Oklahoma on 9/23/82 (ds) |
| 82/08/26 |  | APPEARANCES: THOMAS F. X. FOLEY, ESQ. for Metro Shippers, Inc.; WILLIAM R. GLENDON, P.C. for All defendants excluding Nat'l Piggyback   (cds) |
| 82/09/07 | 3 | RESPONSE -- defts. CSX Corp., Chessie Motor Express, Inc., Georgia Railroad Co., Louisville & Nashville Railroad Co. Richmond, Fredericksburg & Potomac Railroad Co., Seaboard Coast Line Railroad Co., Keith H. Clark, N.M. Langhorne, Jr., M.L Morgan, Jr., L.M. Norton, Royce Oglesby, and Rupert H. Rose  w/Memorandum, Exhibits A thru D and cert. of svc.    (ds) |
| 82/09/13 | 4 | REPLY MEMORANDUM, AFFIDAVIT, CERT. OF SVC., EXHIBITS -- Metro Shippers, Inc. (eaf) |
| 82/09/21 |  | **WAIVER OF ORAL ARGUMENT:** All parties waived  (cds) |
| 82/10/08 |  | ORDER DENYING TRANSFER of litigation (A-1 thru A-3) pursuant to 28 U.S.C. §1407. (emh) |

JPML Form 1
Revised: 8/78

DOCKET NO. 520 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Metro Shippers, Inc. Antitrust Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 9/23/82 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 10/8/82 | MO (Denied) | | | | |

Special Transferee Information

DATE CLOSED: Oct. 8, 1982

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 520 -- In re Metro Shippers, Inc. Antitrust Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Metro Shippers, Inc. v. Chessie Motor Express, Inc., et al. | D.N.J. Sarokin | 82-904-HLS | | | | |
| A-2 | Metro Shippers, Inc. v. Rupert H. Rose | E.D.Va. MacKenzie | 82-0457-R | | | | |
| A-3 | Metro Shippers, Inc. v. Keith H. Clark, et al. | M.D.Fla. Melton | 82-755-Civ-J-M | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 520 -- In re Metro Shippers, Inc. Antitrust Litigation

| METRO SHIPPERS, INC. (A-1 - A-3)<br>Thomas F. X. Foley, Esq.<br>P. O. Box F<br>Colts Neck, New Jersey  07722 | CHESSIE MOTOR EXPRESS, INC.<br>CSX CORPORATION<br>GEORGIA RAILROAD CO.<br>LOUISVILLE & NASHVILLE RAILROAD CO.<br>RICHMOND, FREDERICKSBURG & POTOMAC<br>   RAILROAD CO.<br>SEABOARD COAST LINE RAILROAD CO.<br>RUPORT ROSE<br>KEITH H. CLARK<br>N. M. LANGHORNE, JR.<br>M. L. MORGAN, JR.<br>L. N. NORTON<br>ROYCE OLGESBY<br>William R. Glendon, P.C.<br>Rogers & Wells<br>200 Park Avenue<br>New York, New York  10166 |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 520 -- In re Metro Shippers, Inc. Antitrust Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Chessie Motor Express, Inc. | A-1 |
| CSX Corporation | A-1 |
| Family Lines Rail System | A-1 Non-existent |
| Georgia Railroad Co. | A-1 |
| Louisville & Nashville Railroad Co. | A-1 |
| Richmond, Fredericksburg & Potomac Railroad Co. | A-1 |
| Seaboard Coast Line Co. R.R. | A-1 |
| National Piggyback Services Inc. [illegible] | A-1 |
| Ruport Rose | A-2 |
| Keith H. Clark | A-3 |
| N. M. Langhorne, Jr. | A-3 |

p. _____

| | |
|---|---|
| M. L. Morgan, Jr. | A-3 |
| L. N. Norton | A-3 |
| Royce Olgesby | A-3 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |