JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

OCT -8 1982

PATRICIA D. HOWARD
CLERK OF THE PANEL

10/8/82

DOCKET NO. 520

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE METRO SHIPPERS, INC., ANTITRUST LITIGATION

ORDER DENYING TRANSFER

    This litigation consists of three actions pending in three districts as follows: one action each in the Middle District of Florida, the District of New Jersey and the Eastern District of Virginia. Presently before the Panel is a motion by Metro Shippers, Inc., the plaintiff in each of the three actions, to centralize this litigation in the District of New Jersey for coordinated or consolidated pretrial proceedings under Section 1407. All responding defendants oppose transfer.

    On the basis of the papers filed,[1/] we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. Given the minimal number of actions before us, movant has failed to persuade us that any common questions of fact involved in these actions are sufficiently complex, and that the accompanying discovery will be so time-consuming, as to justify Section 1407 transfer. See In re Scotch Whiskey Antitrust Litigation, 299 F. Supp. 543, 544 (J.P.M.L. 1969). We note that suitable alternatives to transfer exist in order to minimize the possibility of duplicative discovery and/or conflicting pretrial rulings. See, e.g., In re Penitentiary Postal Procedure Litigation, 465 F. Supp. 1293, 1294-95 (J.P.M.L. 1979); In re Commercial Lighting Products Inc. Contract Litigation, 415 F. Supp. 392, 393 (J.P.M.L. 1976).

    IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED.

FOR THE PANEL:

*Andrew A. Caffrey*
Andrew A. Caffrey
Chairman

---

[1/] The parties waived oral argument and, accordingly, the question of transfer of these actions under Section 1407 was submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

SCHEDULE A

MDL-520 -- <u>In re Metro Shippers, Inc. Antitrust Litigation</u>

### MIDDLE DISTRICT OF FLORIDA

Metro Shippers, Inc. v. Keith H. Clark, et al.  
Civil Action No. 82-755-Civ-J-M

### DISTRICT OF NEW JERSEY

Metro Shippers, Inc. v. Chessie Motor Express, Inc., et al.  
Civil Action No. 82-904-HLS

### EASTERN DISTRICT OF VIRGINIA

Metro Shippers, Inc. v. Rupert H. Rose  
Civil Action No. 82-0457-R